IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                              PLAINTIFF

v.                               No. 4:02CR00172 GH
                               [No. 4:06CV00664 GH]

MARLON DEVELL DICKERSON                          DEFENDANT

## **ORDER**

Defendant pleaded guilty to one count of armed bank robbery on May 15, 2003. He was sentenced on August 6, 2003, to imprisonment for a term of 140 months to be served consecutive to the undischarged term of imprisonment that he was currently serving in the Arkansas Department of Corrections ("ADC"). On August 8, 2003, the judgment and commitment was filed and entered on the docket. The government filed, on October 27, 2004, a motion to reduce defendant's 140-month sentence by 50% for substantial assistance. By order filed on November 3, 2004, the Court granted the government's motion and defendant's term of imprisonment of 140 months was reduced by 50% to 70 months.

On June 9, 2006, defendant filed a motion to vacate, set aside, or correct sentence under 28 U.S.C. §2255 asserting that he was denied the right to allow his federal sentence to be served with the state sentence. He requests that his sentence be modified so his federal sentence can be served concurrent with the state sentence that he is now serving.

A motion under §2255 must be filed within one year of the conviction becoming final which here was almost three years ago. Moreover, the Court clearly imposed defendant's sentence to run consecutive to the term he was serving at the ADC and nothing has changed that determination.

Accordingly, defendant's June 9th motion (#42) to vacate, set aside, or correct sentence under 28 U.S.C. §2255 is hereby denied.

IT IS SO ORDERED this 13th day of June, 2006.

_____
UNITED STATES DISTRICT JUDGE